United States Bankruptcy Court
District of Maryland

| | |
|---|---|
| In re: | Case No. 24-14831-LSS |
| Yvonne Dove | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0416-0 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 10, 2024 | Form ID: 309A | Total Noticed: 16 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 12, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Yvonne Dove, 6053 N Hil Mar Cir, District Heights, MD 20747-2962 |
| 32564439 | | AUSTIN CAPITAL BANK SS, 100 Shoal Creek, Austin, TX 78757 |
| 32564438 | + | Arro, 4052 DEL REY AVE,STE 102 MARINA, Marina del Rey, CA 90292-5681 |
| 32564442 | + | Devry University/Keller Graduate Sch, 75 Remittance Drive Suite 1815, Chicago, IL 60675-1815 |
| 32564443 | + | Diamond Towing & Recovery Llc, 5001 Beech Pl, Temple Hills, MD 20748-2003 |
| 32564445 | + | Jude Abanulo, 200 SOUTH STONESTREET AVENUE, Rockville, MD 20850-4152 |
| 32565257 | + | Office of the Comptroller of Maryland, Bankruptcy Unit, 7 St. Paul Street, Suite 230, Baltimore, MD 21202-1626 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: bgoldner@mdlab.org | Jun 10 2024 20:48:00 | Brock Goldner, Legal Aid Bureau, Inc., 500 East Lexington Street, Baltimore, MD 21202 |
| tr | + | EDI: QLJMARGULIES.COM | Jun 11 2024 00:07:00 | Laura J. Margulies, Laura Margulies, Trustee, 401 North Washington Street, Suite 500, Rockville, MD 20850-1789 |
| 32564437 | | Email/Text: ebn@amcollect.com | Jun 10 2024 20:49:00 | American Collections, 205 S. Whiting Street, Suite #500, Alexandria, VA 22304 |
| 32564440 | | Email/Text: Bankruptcymail@marylandtaxes.gov | Jun 10 2024 20:49:00 | Comptroller of Maryland, Compliance Division 301 W Preston St Ste, Baltimore, MD 21201-2383 |
| 32564441 | | Email/Text: electronicbkydocs@nelnet.net | Jun 10 2024 20:50:00 | DEPT OF ED / NELNET, 121 S 13th St, Lincoln, NE 68508-1904 |
| 32564444 | | EDI: IRS.COM | Jun 11 2024 00:07:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 32564447 | | Email/Text: EBN@Mohela.com | Jun 10 2024 20:49:00 | MOHELA/DEPT OF ED, 633 SPIRIT DR, Chesterfield, MO 63005 |
| 32565256 | + | Email/Text: bdept@mrrlaw.net | Jun 10 2024 20:49:00 | Prince George's County, Maryland, Office of Finance, 1301 McCormick Drive, Ste. 1100, Largo, MD 20774-5416 |
| 32565258 | + | Email/Text: UIBankruptcyNotices.DLLR@maryland.gov | Jun 10 2024 20:50:00 | State of Maryland DLLR, Division of Unemployment Insurance, 1100 N. Eutaw Street, Room 401, Baltimore, MD 21201-2226 |

TOTAL: 9

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| District/off: 0416-0 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jun 10, 2024 | Form ID: 309A | Total Noticed: 16 |

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 32564446 | ##+ | Kikoff Inc, 75 BROADWAY,SUITE 202, San Francisco, CA 94111-1423 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 12, 2024     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 7, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brock Goldner | bgoldner@mdlab.org  goldner.brockb118158@notify.bestcase.com |
| Laura J. Margulies | trustee@law-margulies.com  lmargulies@ecf.axosfs.com,bkadmin@axosbank.com |

TOTAL: 2

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Yvonne Dove | Social Security number or ITIN  xxx−xx−7422 |
| | First Name  Middle Name  Last Name | EIN  _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court  District of Maryland | | Date case filed for chapter  7   6/7/24 |
| Case number:  24−14831 LSS   Chapter:  7 | | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  https://pacer.uscourts.gov)..

**The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. Visit http://www.mdb.uscourts.gov and click on Filing Without An Attorney for additional resources and information.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | Debtor's full name | Yvonne Dove | |
| 2. | All other names used in the last 8 years | | |
| 3. | Address | 6053 N Hil Mar Cir<br>District Heights, MD 20747 | |
| 4. | Debtor's attorney<br>Name and address | Brock Goldner<br>Legal Aid Bureau, Inc.<br>500 East Lexington Street<br>Baltimore, MD 21202 | Contact phone 410−925−8403<br>Email:  bgoldner@mdlab.org |
| 5. | Bankruptcy trustee<br>Name and address | Laura J. Margulies<br>Laura Margulies, Trustee<br>401 North Washington Street<br>Suite 500<br>Rockville, MD 20850 | Contact phone 301−483−9800<br>Email:  trustee@law−margulies.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page 1

Debtor **Yvonne Dove**     Case number **24–14831**

| 6. | **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | Greenbelt Division<br>6500 Cherrywood Lane, Ste. 300<br>Greenbelt, MD 20770<br><br>Clerk of the Bankruptcy Court:<br>Mark A. Neal | Hours open:<br>8:45 – 4:00 PM<br><br>Contact phone (301) 344–8018<br><br>Date: 6/10/24 |
|---|---|---|---|
| 7. | **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **July 17, 2024 at 09:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 435 184 7591, and Passcode 3568116848, OR call 1–240–759–3151**<br><br>**For additional meeting information, go to https://www.justice.gov/ust/moc** |
| 8. | **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| 9. | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 9/16/24** |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |
| 13. | **Debtor electronic bankruptcy noticing** | The U.S. Bankruptcy Court for the District of Maryland offers all parties the ability to receive court notices and orders via email, instead of U.S. mail. To participate, debtors must complete and file a DeBN request form with the Court –– additional information is available under Programs & Services at http://www.mdb.uscourts.gov. Other parties (non–debtors) can register at ebn.uscourts.gov. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**     page **2**