IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE YVONNE DOVE | *  CHAPTER 7 |
| | *  CASE NO.: 24-14831 |
| Debtor | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| YVONNE DOVE | * |
| Plaintiff | *  ADVERSARY PROC. NO.: |
| -v- | * |
| Diamond Towing & Recovery LLC | * |
| Serve On: Lewis E. Douglas Jr.<br>5001 Beech Pl, | * |
| Temple Hills, MD 20748 | * |
| Defendant | * |

## COMPLAINT OF VIOLATION OF AUTOMATIC STAY

The Debtor/Plaintiff, Yvonne Dove, through her attorneys, Brock Goldner and Maryland Legal Aid, files this Complaint of Violation of Automatic Stay and states as follows:

1. This case was commenced by the Debtor/Plaintiff by filing a Voluntary Petition under chapter 7 of the United States Bankruptcy Code on June 7, 2024.

2. This complaint is filed, pursuant FRBP 7001(7) and 11 U.S.C. 362 which grants the Debtor an automatic stay that protects them from collections by creditors like the Defendant, Diamond Towing. This Court has jurisdiction under 28 U.S.C. § 1334. This is a core proceeding.

3. Prior to the filing of the bankruptcy case, the Defendant, Diamond Towing had towed the Plaintiff's vehicle, a 2006 Dodge Stratus.

4. Once the bankruptcy case filed, an automatic stay is created under 11 U.S.C. 362 that prevents creditors from taking any property or for collecting any debt; this retroactively applies to vehicles that are towed and therefore are supposed to be released back to the Debtor in such situation.

5. No motions have been filed to lift or otherwise change the standard automatic stay that has been created.

6. The Defendant has stated that they would not return the vehicle unless the Plaintiff pays for the impound fees, which creates a violation of the automatic stay as it is a collection attempt.

7. Plaintiff's attorney contacted and explained the law to Defendant as well as gave ample time of over 10 days for Defendant to comply with the law.

8. Defendant has still not complied.

9. The aforesaid towing by the Defendant was not voluntary.

10. The Debtor listed this asset in Schedule B of her bankruptcy, and claimed it as exempt in Schedule C.

WHEREFORE, Debtor requests that this Court enter judgment against the Defendant and order it to return of the 2006 Dodge Stratus, any reasonable damages and attorney fees and order such other and further relief as the nature of her cause may require.

Date:   July 15, 2024

/s/Brock Goldner
Brock Goldner
Maryland Legal Aid
500 E. Lexington Street
Baltimore, Maryland 21202
(410) 951-7719