Entered: February 27, 2025
Signed: February 27, 2025

**SO ORDERED**



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Greenbelt

**In re:  Case No.:  24–14831 – LSS     Chapter:  7**

In Re: Debtor (names used by the debtor in the last 8 years, including married, maiden, trade, and address):

Yvonne Dove
6053 N Hil Mar Cir
District Heights, MD 20747

Social Security No.:  xxx–xx–7422

Employer's Tax I.D. No.:

# FINAL DECREE

Petition for Relief under Chapter 7 of Title 11, U.S. Code was filed by or against the above–named debtor on 6/7/24.

The estate of the above–named debtor has been fully administered.

ORDERED, that Laura J. Margulies is discharged as trustee of the estate of the above–named debtor; and the Chapter 7 case of the above named debtor is closed.

**End of Order**

**fnldec –** *RobertHegerle*